# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| URSULA MOFFITT, et al.,<br>    *Plaintiffs,*<br><br>v.<br><br>RCI DINING SERVICES (HARVEY), INC.,<br>    *Defendant.* | Civil Number: **23-cv-1059-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on October 9, 2024, this case is DISMISSED with prejudice. Each party to bear their own costs.

**DATED:  October 10, 2024**

> **MONICA A. STUMP**
> **CLERK OF COURT**
>
> **By:** *s/Jamie Melson*
>         **Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**